# Court of Appeals
# of the State of Georgia

ATLANTA,___March 24, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1220.  W. EARL MCCALL et al. v. ALBANY SCALE COMPANY.**

W. Earl McCall and McCall Williams, LLC filed both a notice of appeal and an application for discretionary appeal from the trial court's order awarding attorney fees to Albany Scale Company, pursuant to OCGA § 9-15-14 (a).  We denied the application for discretionary appeal on January 4, 2016.  See Case No. A16D0169.  Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007).  Accordingly, this appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___03/24/2016____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*